UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEXTGEN IP MANAGEMENT, INC.,

                Plaintiff,

-against-

CLOUDFLARE, INC. et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2025

25-CV-06500 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

For good cause shown, Plaintiff's time to serve Defendant Beeg.com and John Doe Defendants 1–4 (familypornhd.com, incestflix.com, pornhoarder.tv, and Xfreehd.com) is hereby EXTENDED to **December 31, 2025**.

Plaintiff may proceed with service on Defendant Beeg.com pursuant to the Hague Convention. As to alternative service methods, Plaintiff is hereby AUTHORIZED to effectuate service on the John Doe Defendants by email to any known email addresses associated with the websites, if such addresses can be reasonably ascertained, but only if such Defendants are known to be based in the United States or in a country where service by email is acceptable under the Hague Convention.

Regarding Plaintiff's request for limited discovery from Defendant Cloudflare regarding information that would assist service, Plaintiff may submit a letter by **December 5, 2025**, setting forth the reasons this Court should permit expedited discovery. Cloudflare may submit a letter in response by **December 12, 2025**. Cloudflare's responsive letter should provide several dates and times for which both parties are available for a remote conference, if necessary, during the week of December 15, 2025.

Should Plaintiff require additional time to effectuate service beyond the extension granted herein, Plaintiff shall request any further extension at the anticipated remote conference. If no remote conference is held, Plaintiff may submit a letter application setting forth the specific efforts undertaken and good cause for any further extension no later than **December 19, 2025**.

Dated:  November 24, 2025
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge